IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 2:98-CR-053 |
| AGUSTINE S. ONIPE, | : | JUDGE ALGENON L. MARBLEY |
| Defendant. | : | |

## ORDER

Upon the Motion filed by the Plaintiff United States of America that for restitution purposes, Federal Deposit Insurance Corporation (FDIC) be substituted as a victim in place of Ohio Savings Bank and for good cause shown, the Court hereby grants the Motion.

The Court **ORDERS** that Federal Deposit Insurance Corporation (FDIC) is hereby substituted as the victim in the place of Ohio Savings Bank and that restitution payments be made payable to Federal Deposit Insurance Corporation (FDIC) according.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
    **Algenon L. Marbley**
    **United States District Court Judge**

**DATE: June 21, 2013**